**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EVAN RASKIN, §
§
  *Plaintiff,* §
§
v. §      Civil Action No.: 26-2428 (SLS)
§
BUILD A SIGN LLC, §
§
  *Defendant.* §

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record.

I am admitted to practice in this Court, and I appear in this case as counsel for:

Plaintiff Evan Raskin

Date: July 16, 2026                    Respectfully submitted,

_____

Andrew Levetown, D.C. Bar No. 422714
LEVETOWN LAW PLLC
1439 Woodhurst Blvd.
McLean, VA 22102
Andrew@LevetownLaw.com
(703) 618-2264

Counsel for Plaintiff and the Proposed Classes