**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| EVAN RASKIN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No.: 26-2428 (SLS) |
| | § | |
| BUILD A SIGN LLC, | § | |
| | § | |
| *Defendant.* | § | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record.

I am admitted to practice in this Court, and I appear in this case as counsel for:

Plaintiff Evan Raskin

Date: July 17, 2026                    Respectfully submitted,

*Andrew Levetown*
_____
Andrew Levetown, D.C. Bar No. 422714
LEVETOWN LAW PLLC
1439 Woodhurst Blvd.
McLean, VA 22102
Andrew@LevetownLaw.com
(703) 618-2264

Counsel for Plaintiff and the Proposed Classes