## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EVAN RASKIN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 1:26-cv-02428 |
| | § | |
| BUILD A SIGN LLC, | § | |
| | § | |
| *Defendant.* | § | |

### DECLARATION OF JEFF NOVAK

My name is Jeff Novak. I am over 18 years of age, of sound mind, and am capable of making this declaration. The facts stated in declaration are within my personal knowledge.

1. Build A Sign LLC is a nationwide provider of custom-made signs, business cards, decals, and other products.

2. I am the Chief Marketing Officer at Build A Sign. I am familiar with how Build A Sign's records are created and maintained through my duties as CMO.

3. Build A Sign has no physical presence in the District of Columbia, including no bank accounts, offices, or employees. It does not target customers there, and less than one-fifth of one percent of Build A Sign's sales involve a customer with either a billing address *or* mailing address in the District. Individuals receiving marketing emails sent on behalf of Build A Sign can opt out of future emails. As part of the checkout flow from EasyCanvasPrints.com, Build A Sign presented or incorporated its published Terms and Conditions.

4. Exhibit 1 is a true and correct copy of a screenshot of the EasyCanvasPrints.com checkout page. It fairly and accurately depicts the contents that Build A Sign customers see when completing a purchase from EasyCanvasPrints.com.

5. Exhibit 2 is a true and correct copy of the terms and conditions incorporated in purchases from EasyCanvasPrints.com, available at https://www.easycanvasprints.com/termsofuse.

My name is Jeff Novak, my date of birth is <u>04/11/1977</u>, and my business address is 11525A Stonehollow Dr., Suite 120 Austin, TX 78758. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in Austin, Texas on July 17, 2026.

DocuSigned by:

*Jeff Novak*

F17CC4D592D1409...

Jeff Novak

1

# EXHIBIT 1

# Secure Checkout

## Delivery Options

- $9.99 Economy Shipping
  Receive a $15 credit by email, applicable to any product
  Est. Delivery : July 29

- **$9.99 Standard Shipping**
  Get a FREE 11x14, Just Pay Shipping!
  Est. Delivery : July 23

- $12.99 Rush Shipping
  Ships Next Business Day!
  Est. Delivery : July 21

- $32.99 2nd Day Air Shipping
  Delivery in 2-3 Business Days
  Est. Delivery : July 21

- $37.99 Expedited Shipping
  Delivery in 1-2 Business Days
  Est. Delivery : July 20

☐ **Blind Shipping** ❓

## Shipping / Billing Info

**SHIP TO:** *(Edit)*

▮▮▮
1209 Nueces St.
Austin, Texas
78757
United States

**BILL TO:** *(Edit)*

▮▮▮
1209 Nueces St.
Austin, Texas
78757
United States

## Payment Method

Choose a way to pay

| | |
|---|---|
|  | Card |
| | PayPal |
| | PayPal Credit |
| | Apple Pay |

**SECURE CHECKOUT >**

By clicking Secure Checkout you agree to our
**Terms and Conditions**

## Order Summary

| | |
|---|---|
| Original Total: | $42.48 |
| You Saved: | ($25.49) |
| Cart Total: | $16.99 |
| Shipping: | $9.99 |
| Tax: | $2.23 |
| Apply Tax Exemption | |

**ORDER TOTAL:** **$29.21**

PayPal Pay in 4 interest-free payments of $7.31.
Learn more

Your Purchase is 100% Secure



**Customer Satisfaction is Our #1 Priority**

# EXHIBIT 2

*easy* CANVAS PRINTS

🚚 Order Status   💬 Chat Now   📞 Contact Us   👤 Login   🛒¹ Cart

# Terms of Sale

Last Revised 07-01-2016

## 1) Acceptance of Terms

Your purchase of EASY CANVAS PRINTS™ products or services is subject to this Terms of Sale. By clicking the "PLACE ORDER NOW" button and making a purchase, you acknowledge that you have read this document and agree to be bound by its terms and the Terms of Service.

This Terms of Sale is not meant to contradict, violate or run contrary to any portion of the Terms of Service which governs your use of EASY CANVAS PRINTS™ services and your use of the EASY CANVAS PRINTS™ Web Site. If any portion of the Terms of Sale is found to contradict, violate or run contrary to the Terms of Service, the Terms of Service will govern and will be the binding document with regards to that portion.

The Terms of Sale is meant to provide general information regarding policies surrounding purchases from the EASY CANVAS PRINTS™ Web Site. The Terms of Service is hereby incorporated by reference into this document and thus by agreeing to comply with the Terms of Sale you again agree to comply with the Terms of Service.

## 2) Content of Your Purchase

The primary value of the EASY CANVAS PRINTS™ Website (Web Site) is the ability for users and potential purchasers ("Users") to create signs and graphics that display any content they choose. This is done by means of computer interaction alone between the Users and the Web Site.

As such, you agree that no EASY CANVAS PRINTS™ employee, employer, officer, owner, agent or authorized representative is responsible for monitoring the content of the signs or graphics created or uploaded by Users, neither while on the website, nor after purchase and during the production process.

You agree that signs that are purchased will not be checked for content, spelling errors, grammatical errors, logical errors, aesthetic quality, color matching or any other factor that is within the User's Realm of Control through the use of the tool on the Web Site. You, as a User, have many opportunities during the purchasing process to check your purchase for layout and content and agree that you have done so.

"Realm of Control" refers to any part of a sign that is editable by the User. Including but not limited to: color, font size, font type, font style, font color, position of text, position of graphics, color of graphics, quantity of text, quantity of graphics, spelling of text, use of text, size of graphics, justification of graphics, justification of images, or color of the background.

While EASY CANVAS PRINTS™ does not review the content of your sign or product, you still agree to be bound by the restrictions as laid out in the Terms of Service, and should it come to the attention of EASY CANVAS PRINTS™ that you have violated the Terms of Service or this Terms of Sale, you agree that EASY CANVAS PRINTS™ will send you notice of cancellation and your order will be canceled. You further agree that the purchase price of your order, less any cost incurred during the processing of your order and its cancellation, will be returned by signed check through the United States Postal Service, postmarked within 30 days of your receipt of notice of cancellation.

You also agree that the content of your sign or product does not contain any content that is unlawful, harmful, threatening, abusive, vulgar, harassing, defamatory, obscene, pornographic, indecent, inflammatory, libelous, tortious, hateful, or racially, ethnically or otherwise objectionable, or invasive of another's rights including but not limited to rights of celebrity, privacy and intellectual property, as provided in Paragraph 7.2 of the Terms of Service.

## 3) Color Matching

EASY CANVAS PRINTS™ sells its products through an E-Commerce Web Site viewable by computers connected to the Internet. These computers may view EASY CANVAS PRINTS™ products solely through their computer screens ("Monitors"). Monitors may be configured to display images and colors in a variety of ways, both through the use of hardware setup and software setup. There are many possible settings for Monitors and there is no true uniform standard to which all Monitors conform. What may look one way on one monitor, will look different on another.

Further, computer monitors display images with light and use a standard known as RGB to do so. EASY CANVAS PRINTS™ produces products in a variety of ways (CMYK, PMS, and others) that do not use light.

As such, you agree that EASY CANVAS PRINTS™ does not guarantee that the colors as they appear on the screen will look the same as the colors as they appear on the purchased product. EASY CANVAS PRINTS™ works hard to make the colors on the screen be as true as possible to the printed colors, however, the differences in Monitors and the differences between light and pigment make it impossible to guarantee matching colors for all Users.

## 4) Materials

EASY CANVAS PRINTS sells products made out of several different types of materials: canvas, aluminum, fleece, woven, velveteen, polyester, and wood. You agree that you have read our website and/or researched independently and that you know what each of these materials is and what you are buying. EASY CANVAS PRINTS only guarantees that you will receive the materials advertised on the Web Site that you purchase. You agree that EASY CANVAS PRINTS is not responsible for products received that are made of materials thought by the purchaser to be something other than advertised on the Web Site.

As an example, you agree EASY CANVAS PRINTS is not responsible if the Canvas received by the purchaser is not what the purchaser envisioned Canvas would be.

You agree that all products produced and sold by EASY CANVAS PRINTS are for novelty purposes only. EASY CANVAS PRINTS does not make any claims about the legal compliance or registration of signs, license plates, or any other products sold by EASY CANVAS PRINTS or by a EASY CANVAS PRINTS affiliate. You agree to check with any applicable legal authority for the standards, rules and regulations governing the types of Canvas, Blankets, or other products permitted for your particular use.

## 5) Uploaded Images

EASY CANVAS PRINTS™ permits users to upload images onto their signs and products through the EASY CANVAS PRINTS™ Web Site. You agree that EASY CANVAS PRINTS™ is not responsible for the quality of the images you upload.

You agree that you alone are responsible for making sure that the quality of the image you are uploading is of high enough quality to be satisfactory to you at the size you select on the sign or product that you are purchasing.

Images are created and stored in a variety of ways and you agree that EASY CANVAS PRINTS™ is not responsible for ensuring quality images for any image file format available on the Web Site.

## 6) Production Time

EASY CANVAS PRINTS™ works hard to ensure that orders will be produced and exit the EASY CANVAS PRINTS™ facility within three business days from the date of order. The date of order is the calendar date of order if the order is placed before 6:00pm Central Standard Time and the next business day after the calendar date of order if the order is placed between 6:00pm and 11:59pm Central Standard Time.

This means that a purchase made at 3:00pm Monday, will be shipped out on Thursday of the same week. This production time is not guaranteed and is limited in many ways as discussed in the Shipping Policy.

You agree that EASY CANVAS PRINTS™ will take at least 3 business days to produce your order and that it may take longer than 3 business days as laid out in the Shipping Policy. The Shipping Policy is hereby incorporated by reference. Moreover, you agree that our shipping time frame may depend on your response time to our inquiries regarding your order. Title to your purchased goods shall pass to you at the time EASY CANVAS PRINTS™ deposits such purchased goods with its designated domestic shipper.

## 7) Return and Refund Policy

**You agree that EASY CANVAS PRINTS™ guarantees the products it sells are free from manufacturing defects and as such will be good for 90 days after purchase of the product. If the product fails or breaks due to a manufacturing defect during that time, you agree to take a photograph of the failed or broken product and send the photograph or the original failed or broken product to EASY CANVAS PRINTS™. Upon receipt of the product or the photograph, EASY CANVAS PRINTS™ will send a replacement of the product or will issue EASY CANVAS PRINTS™ credit for the purchase value of the failed or broken product(s). EASY CANVAS PRINTS™ credit can be used on the EASY CANVAS PRINTS™ website for any purchase.**

**EASY CANVAS PRINTS™ does not guarantee or warrant that its products will work for any intended purpose or in any set of conditions. You agree that the determination of whether a products failure or breakage is due to a manufacturing defect is within the sole discretion of EASY CANVAS PRINTS™. You further agree to provide full and complete information regarding the circumstances of the failure or breakage, including but not limited to the use of the product, the conditions the product was in, and any other information useful to an informed determination by EASY CANVAS PRINTS™ as to the cause of the failure or breakage.**

## 8) Changes to Your Order

EASY CANVAS PRINTS™ provides many opportunities to review, revise and cancel the order process before actually placing your order. EASY CANVAS PRINTS™ is able to offer its products at the present prices due to the efficiency of allowing the customer to create and modify their own products.

You agree that EASY CANVAS PRINTS™ is not responsible for reviewing, revising or canceling orders, products or images once an order has been placed. A EASY CANVAS PRINTS™ employee, employer, officer, owner or authorized agent may revise or cancel an order but is not required or obligated to do so.

You agree that you have reviewed your order and that no further additions, corrections or changes need to be made and that your order is final as is.

# Terms of Service

Last Revised 06-20-2025

## Effective Date: November 18, 2005

Welcome to the EASY CANVAS PRINTS™ web site, which is located at EasyCanvasPrints.com™ (the "Web Site"). The following Terms of Service ("TOS") contain the terms that govern your use of the Web Site and EasyCanvasPrints.com™ Service (as defined below). These TOS describe your rights and responsibilities and what you can expect from the EASY CANVAS PRINTS™ Service. Use of the EASY CANVAS PRINTS™ Web Site constitutes acceptance of these TOS. EasyCanvasPrints.com™ is a Trademark of EASY CANVAS PRINTS™.

EASY CANVAS PRINTS™ reserves the right to add, delete and/or modify any of the terms contained in this TOS, at any time and in its sole discretion, by posting a new agreement on the EASY CANVAS PRINTS™ Web Site. If any modification is unacceptable to you, your only recourse is to not use the Web Site and the EasyCanvasPrints.com™ Service. Your continued use of the EASY CANVAS PRINTS™ Web Site following posting of a new TOS on the EASY CANVAS PRINTS™ Web Site will constitute binding acceptance of the changes.

## 1. The EASY CANVAS PRINTS™ Service.

EASY CANVAS PRINTS™ provides a number of Internet-based services through the Web Site (all such services, collectively, the "EasyCanvasPrints.com™ Service"). One such service enables users to create customized merchandise, signs, magnetics, bumper stickers, and banners (collectively, "Products"). EASY CANVAS PRINTS™ users may create and purchase individual Products for their own use.

## 2. Use of the Web Site and EASY CANVAS PRINTS™ Service.

- 2.1 Eligibility. EASY CANVAS PRINTS™ will only knowingly provide the EasyCanvasPrints.com™ Service to parties that can lawfully enter into and form contracts under applicable law. If you are under the age of 18, but at least 13 years of age, you may use the EasyCanvasPrints.com™ Service only under the supervision of a parent or legal guardian who agrees to be bound by these TOS. The EasyCanvasPrints.com™ Service is not intended for children under the age of 13.
- 2.2 Compliance with TOS and Applicable Law. You must comply with all of the terms and conditions of these TOS, the applicable agreements and policies referred to below, and all applicable laws, regulations and rules when you use the EasyCanvasPrints.com™ Service and the Web Site.
- 2.3 Your License to Use the Web Site and the EasyCanvasPrints.com™ Service.

    - (a) EASY CANVAS PRINTS™ solely and exclusively owns all intellectual property and other rights, title and interest in and to the EasyCanvasPrints.com™ Service and Web Site, except as expressly provided for in these TOS. For example and without limitation, EASY CANVAS PRINTS™ owns the trademark EasyCanvasPrints.com™(TM), the copyrights in and to the Web Site, and certain technology used in providing the EasyCanvasPrints.com™ Service. You will not acquire any right, title or interest therein under these TOS or otherwise.
    - (b) EASY CANVAS PRINTS™ grants you a limited revocable license to access and use the Web Site and the EasyCanvasPrints.com™ Service for its intended purposes, subject to your compliance with these TOS. This license does not include the right to collect or use information contained on the Web Site for purposes prohibited by EASY CANVAS PRINTS™; to compete with EASY CANVAS PRINTS™; create derivative works based on the content of the Web Site; or download or copy the Web Site (other than page caching). If you use the Web Site in a manner that exceeds the scope of this license or breach this TOS, EASY CANVAS PRINTS™ may revoke the license granted to you, AND PURSUE ANY OTHER LEGAL COURSE OF ACTION PERMITTED UNDER APPLICABLE STATE OR FEDERAL LAW.
    - (c) This Section 2.3 does not pertain to your intellectual property rights. For information regarding your intellectual property rights, please see Section 4.1.

- 2.4 Third-Party Services. EASY CANVAS PRINTS™ may use third parties to provide certain services accessible through the Web Site. EASY CANVAS PRINTS™ does not control those third parties or their services, and you agree that EASY CANVAS PRINTS™ will not be liable to you in any way for your use of such services. These third parties may have their own terms of use and other policies. You must comply with such terms and policies as well as these TOS when you use these services. If any such terms or policies conflict with EASY CANVAS PRINTS™'s TOS, agreements or policies, you must comply with EASY CANVAS PRINTS™'s TOS, agreements or policies, as applicable.

## 3. General Rules.

- 3.1 Prohibited Use. You may only use the EasyCanvasPrints.com™ Service as expressly permitted by EASY CANVAS PRINTS™.

You may not cause harm to the Web Site or the EasyCanvasPrints.com™ Service. Specifically, but not by way of limitation, you may not: (i) interfere with the EasyCanvasPrints.com™ Service by using viruses or any other programs or technology designed to disrupt or damage any software or hardware; (ii) modify, create derivative works from, reverse engineer, decompile or disassemble any technology used to provide the EasyCanvasPrints.com™ Service; (iii) use a robot, spider or other device or process to monitor the activity on or copy pages from the Web Site, except in the operation or use of an internet "search engine", hit counters or similar technology; (iv) collect electronic mail addresses or other information from third parties by using the EasyCanvasPrints.com™ Service; (v) impersonate another person or entity; (vi) use any meta tags, search terms, key terms, or the like that contain EASY CANVAS PRINTS™'s name or trademarks; (vii) engage in any activity that interferes with another user's ability to use or enjoy the EasyCanvasPrints.com™ Service; or (viii) assist or encourage any third party in engaging in any activity prohibited by these TOS.

- 3.2 Prohibited Use Promise. By using the EASY CANVAS PRINTS™ Web Site, you are promising that you are not using the EasyCanvasPrints.com™ Service or the Web Site for any of the Prohibited Uses.

## 4. Use of Your Content.

You do not lose ownership of the Content that you design on, or upload to, the Web Site. By uploading Designs to the Web Site or creating Designs with EASY CANVAS PRINTS™'s design tools, however, you grant the following licenses to EASY CANVAS PRINTS™: the nonexclusive, worldwide, transferable, sublicensable right to copy, crop, reproduce, publicly display, sell, and distribute the Design in or on Products and in advertising, marketing, samples, and promotional materials for the purpose of promoting the Web Site and Products; and the right to make modifications to your Design as EASY CANVAS PRINTS™, in its sole discretion, finds necessary to achieve the above listed purposes.

You may remove the Content you designed at any time, and you retain any copyright and other intellectual property rights in that Content. If you choose to remove Content that you designed or uploaded and notify EASY CANVAS PRINTS™ of your intention to terminate the licenses described in the above paragraph, those licenses will terminate, except that EASY CANVAS PRINTS™ may fulfill all orders that are in any way derived from that Content placed prior to notice of termination and may continue to use said Content in marketing and promotional materials.

## 5. Reservation of Rights.

- 5.1 Monitoring. EASY CANVAS PRINTS™ reserves the right, but does not assume the obligation, to monitor transactions and communications that occur through the Web Site. If EASY CANVAS PRINTS™ determines, in its sole and absolute discretion, that you or another EASY CANVAS PRINTS™ user have breached or will breach a term of these TOS or that such transaction or communication is inappropriate, EASY CANVAS PRINTS™ may cancel such transaction or take any other action to restrict access to or the availability of any material that we may consider objectionable, without any liability to you or any third party.
- 5.2 Modification of the Service. EASY CANVAS PRINTS™ may modify the EasyCanvasPrints.com™ Service at any time with or without notice to you, and will incur no liability for doing so.

## 6. Submissions.

When you submit questions, comments, suggestions, ideas, message board postings, material submitted via web forms, contest entries, communications or any other information ("Submissions"), you grant EASY CANVAS PRINTS™ permission to use such Submissions for marketing and other promotional purposes, including the right to sublicense. You agree that EASY CANVAS PRINTS™ will have no obligation to keep any Submissions confidential. You will not bring a claim against EASY CANVAS PRINTS™ based on "moral rights" or the likes arising from EASY CANVAS PRINTS™'s use of a Submission. This Section does not apply to your Content that will appear as part of your product that you use in connection with EasyCanvasPrints.com™ Service.

## 7. Representations and Warranties.

- 7.1 Mutual Representations and Warranties. You represent and warrant to EASY CANVAS PRINTS™ and EASY CANVAS PRINTS™ represents and warrants to you: (i) that you or it has the full power and authority to enter into and perform under these TOS, (ii) the execution and performance of your or its obligations under these TOS do not constitute a breach of or conflict with any other agreement or arrangement by which you or it is bound, and (iii) these TOS are a legal, valid and binding obligation of the party entering into these TOS, enforceable in accordance with their terms and conditions.
- 7.2 By You. You represent and warrant to EASY CANVAS PRINTS™ that, your use of the EasyCanvasPrints.com™ Service and any order that you place with EASY CANVAS PRINTS™: (i) will not infringe the copyright, trademark, patent, trade secret, right of privacy, right of publicity or any other legal right of any third party and (ii) will comply with all applicable laws, rules, and regulations. You further represent and warrant to EASY CANVAS PRINTS™ that: (i) there are no claims, demands or any form of litigation pending, or to the best of your knowledge, threatened with respect to any of your Content; (ii) EASY CANVAS PRINTS™ will not be required to make any payments to any third party in connection with its use of your Content, except for the expenses that EASY CANVAS PRINTS™ incurs in providing the EasyCanvasPrints.com™ Service; (iii) the use of any instructions, formulae, recommendations, or the like contained in your Content will not cause injury to any third party; and (iv) your Content does not contain viruses or any other programs or technology designed to disrupt or damage any software or hardware.

## 8a. Disclaimers and Exclusions.

- 8a.1 DISCLAIMER OF WARRANTIES. EASY CANVAS PRINTS™ PROVIDES THE WEB SITE AND EasyCanvasPrints.com™ SERVICE ON AN "AS IS" AND "AS AVAILABLE" BASIS. EASY CANVAS PRINTS™ DOES NOT REPRESENT OR WARRANT THAT THE WEB SITE, EasyCanvasPrints.com™ SERVICE OR ITS USE: (i) WILL BE UNINTERRUPTED, (ii) WILL BE FREE OF INACCURACIES OR ERRORS, (iii) WILL MEET YOUR REQUIREMENTS, OR (iv) WILL OPERATE IN THE CONFIGURATION OR WITH THE HARDWARE OR SOFTWARE YOU USE. EASY CANVAS PRINTS™ MAKES NO WARRANTIES OTHER THAN THOSE MADE EXPRESSLY IN THESE TOS, AND HEREBY DISCLAIMS ANY AND ALL IMPLIED WARRANTIES, INCLUDING WITHOUT LIMITATION, WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE, MERCHANTABILITY AND NON-INFRINGEMENT.
- 8a.2 EXCLUSION OF DAMAGES. EASY CANVAS PRINTS™ WILL NOT BE LIABLE TO YOU OR ANY THIRD PARTY FOR ANY CONSEQUENTIAL, INCIDENTAL, INDIRECT, PUNITIVE OR SPECIAL DAMAGES (INCLUDING DAMAGES RELATING TO LOST PROFITS, LOST DATA OR LOSS OF GOODWILL) ARISING OUT OF, RELATING TO OR CONNECTED WITH THE USE OF THE EasyCanvasPrints.com™ SERVICE, BASED ON ANY CAUSE OF ACTION, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

## 8b.Limitation of Liability.

8b.1 LIMITATION OF LIABILITY. EXCEPT FOR A BREACH OF A PARTY'S REPRESENTATIONS AND WARRANTIES UNDER THESE TOS OR IN CONNECTION WITH YOUR INDEMNITY OBLIGATIONS UNDER THESE TOS, IN NO EVENT WILL THE LIABILITY OF EASY CANVAS PRINTS™ EXCEED THE VALUE OF SIGNS RECEIVED OR SERVICES RENDERED. THE VALUE OF SIGNS OR SERVICES ARE LIMITED TO THE STATED VALUE ON THE EASY CANVAS PRINTS™ WEB SITE OR AS STATED BY AN AUTHORIZED EASY CANVAS PRINTS™ AGENT.

## 9. Indemnification.

You agree to indemnify and hold EASY CANVAS PRINTS™ and its employees, representatives, agents, affiliates, directors, officers, managers and shareholders (the "Parties") harmless from any damage, loss, or expense (including without limitation, attorneys' fees and costs) incurred in connection with any third-party claim, demand or action ("Claim") brought against any of the Parties alleging that you have breached any of these TOS through any act or omission, including but not limited to any claim that your content infringes or violates the legal rights of any other party. If you have to indemnify EASY CANVAS PRINTS™ under this Section, EASY CANVAS PRINTS™ will have the right to control the defense, settlement, and resolution of any Claim at your sole expense. You may not settle or otherwise resolve any Claim without EASY CANVAS PRINTS™'s express written permission.

## 10. Termination.

- 10.1 Termination. EASY CANVAS PRINTS™ may suspend or terminate your use of the Web Site or EasyCanvasPrints.com™ Service if it believes, in its sole and absolute discretion, that you have breached a term of these TOS.
- 10.2 Survival. Notwithstanding Section 10.1 above, these TOS will survive indefinitely unless and until EASY CANVAS PRINTS™ chooses to terminate them
- 10.3 Effect of Termination. If you or EASY CANVAS PRINTS™ terminates your use of the Web Site or the EasyCanvasPrints.com™ Service, EASY CANVAS PRINTS™ may delete any Content or other materials relating to your use of the EasyCanvasPrints.com™ Service on EASY CANVAS PRINTS™'s servers or otherwise in its possession and EASY CANVAS PRINTS™ will have no liability to you or any third party for doing so.

## 11. Notice.

All notices required or permitted to be given under these TOS will be in writing and delivered to the other party by any of the following methods: (i) U.S. mail, (ii) overnight courier, or (iii) electronic mail. If you give notice to EASY CANVAS PRINTS™, you must use the following addresses: 11525A Stonehollow Dr. Suite 120. Austin, TX. 78758. SERVICE@EasyCanvasPrints.com™. If EASY CANVAS PRINTS™ provides notice to you, EASY CANVAS PRINTS™ will use the contact information provided by you to EASY CANVAS PRINTS™. All notices will be deemed received as follows: (i) if by delivery by U.S. mail, seven (7) business days after dispatch, (ii) if by overnight courier, on the date receipt is confirmed by such courier service, or (iii) if by electronic mail, 24 hours after the message was sent, if no "system error" or other notice of non-delivery is generated. If applicable law requires that a given communication be "in writing," you agree that email communication will satisfy this requirement.

## 12. Dispute Resolution/Waiver of Jury Trial

All disputes arising out of, relating to or connected with these TOS or your use of any part of the EasyCanvasPrints.com Service will be exclusively resolved under confidential binding arbitration held in Travis County, Texas before and in accordance with the Rules of the American Arbitration Association, by a sole arbitrator applying Texas law (without regard for conflicts of law principles). The arbitrator's award will be binding and may be entered as a judgment in any court of competent jurisdiction. To the fullest extent permitted by applicable law, no arbitration under these TOS will be joined to an arbitration involving any other party subject to these TOS, whether through class arbitration proceedings or otherwise. Any action to enforce an arbitrator's award will be brought exclusively in a federal or state court located in Travis County, Texas. Each party hereby irrevocably submits to the personal jurisdiction of the

Federal and Texas State courts in Travis County. By agreeing that arbitration is the exclusive remedy, you are waiving your right to sue EASY CANVAS PRINTS in a court of law or have a jury resolve any dispute that arises out of, relates to or is connected with these TOS or your use of any part of the EasyCanvasPrints.com Service. You understand that you are waiving your right to a jury trial voluntarily and knowingly, and free from duress or coercion. By entering into these TOS, you hereby irrevocably waive any right you may have to join claims with those of others in the form of a class action or similar procedural device. Any claim arising out of, relating to or connected with these TOS or your use of any part of the EasyCanvasPrints.com™ Service must be asserted individually. Notwithstanding anything to the contrary in this Section 12, either party may seek equitable relief, including, without limitation, injunctive relief and specific performance, without the requirement of posting a bond or other security or proving money damages are insufficient, from a court of competent jurisdiction.

## 13. Miscellaneous.

These TOS will be binding upon each party hereto and its successors and permitted assigns, and governed by and construed in accordance with the laws of the State of Texas without reference to conflict of law principles. These TOS will not be assignable or transferable by you without the prior written consent of EASY CANVAS PRINTS™. These TOS (including all of the policies and other Agreements described in this TOS, which are hereby incorporated herein by this reference) contain the entire understanding of the parties regarding its subject matter, and supersedes all prior and contemporaneous agreements and understandings between the parties regarding its subject matter. No failure or delay by a party in exercising any right, power or privilege under these TOS will operate as a waiver thereof, nor will any single or partial exercise of any right, power or privilege preclude any other or further exercise thereof or the exercise of any other such right, power, or privilege. You and EASY CANVAS PRINTS™ are independent contractors, and no agency, partnership, joint venture, or employee-employer relationship is intended or created by these TOS. The invalidity or unenforceability of any provision of these TOS will not affect the validity or enforceability of any other provision of these TOS, all of which will remain in full force and effect.

## Why Easy Canvas Prints

Award Winning
**Customer Service**

Super Fast
**Shipping Times**

Over 25 Million
**Canvas Shipped**

Now Offering
**Buy Now, Pay Later**

Call us at 1-877-858-4586

**Customer Reviews**

**Affiliate Program**

**For Creators**

**Inspirational Gallery**

Wedding Photos

Kids and Babies

Pets

Vacation

Landscapes

Vintage

Expressions

Fine Art

**Categories**

Canvas Collection

Canvas Prints

Cheap Canvas Prints

Custom Canvas Prints

Custom Canvas Wall Art

Family Pictures On Canvas

Framed Canvas Prints

Gallery-Wrapped Canvas

Photo Gifts

Photos To Canvas

Stretched Canvas Printing

Wholesale Canvas Printing

**Our Brands**

BuildASign

Allied Shirts

**We Accept**

**Follow Us**

© 2009 – 2026 Easy Canvas Prints™

ACCESSIBILITY     CONTACT US     FAQ     TERMS OF USE     PRIVACY POLICY