**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| EVAN RASKIN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 26-2428 (SLS) |
| | § | |
| BUILD A SIGN, LLC, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER GRANTING BUILD A SIGN'S MOTION TO DISMISS

Pending before this Court is Defendant Build A Sign, LLC's Motion to Dismiss (the "Motion"). After considering the Motion, Plaintiff's response, and arguments of counsel, the Court finds the Motion to be meritorious.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Dismiss under Rule 12(b)(2) is hereby **GRANTED**. Each and every cause of action in Plaintiff's Complaint is **DISMISSED** with prejudice.

SIGNED this _____ day of _____2026

_____
HON. SPARKLE SOOKNANAN

**ATTORNEYS TO BE NOTIFIED OF ENTRY OF ORDER**

Andrew Levetown (D.D.C. Bar No. 422714)
**LEVETOWN LAW, PLLC**
1439 Woodhurst Boulevard
McLean, VA 22102
T: (703) 618-2264
andrew@levetownlaw.com

Gilbert Mears
**LAW OFFICE OF G.W. MEARS LLC**
5513 Johnsontown Rd.
Chestertown, MD 21620
T: 240-630-2738
gilbert@gwmearslaw.com

*Attorneys for Plaintiff*

Michael Weitzner, DC Bar No. 472505
**COOPER KIRK, PLLC**
1523 New Hampshire Avenue NW
Washington, DC 20016
202-220-9669
mweitzner@cooperkirk.com

Ryan A. Botkin
*Pro Hac Vice Motion Forthcoming*
State Bar No. 00793366
ryan@bccaustin.com
Jennifer Rappoport
*Pro Hac Vice Motion Forthcoming*
State Bar No. 24072761
jennifer@bccaustin.com

**Botkin Chiarello Calaf PLLC**
1209 Nueces Street
Austin, Texas 78701
(512) 615-2341 office
(737) 289-4695 facsimile

*Attorneys for Defendant Build A Sign LLC*