**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| EVAN RASKIN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 26-2428 (SLS) |
| | § | |
| BUILD A SIGN, LLC, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY**

Pending before this Court is Plaintiff's Motion for Leave to File a Sur-Reply. After considering the Motion, Defendant's response, the Court finds the Motion to be without merit.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendant's Motion is hereby **DENIED.**

SIGNED this _____ day of _______________2026

_________________________________
HON. SPARKLE SOOKNANAN

**ATTORNEYS TO BE NOTIFIED OF ENTRY OF ORDER**

Andrew Levetown (D.D.C. Bar No. 422714)
**Levetown Law, PLLC**
1439 Woodhurst Boulevard
McLean, VA 22102
T: (703) 618-2264
andrew@levetownlaw.com

Gilbert Mears
**Law Office of G.W. Mears LLC**
5513 Johnsontown Rd.
Chestertown, MD 21620
T: 240-630-2738
gilbert@gwmearslaw.com

*Attorneys for Plaintiff*

Michael Weitzner, DC Bar No. 472505
**Cooper Kirk, PLLC**
1523 New Hampshire Avenue NW
Washington, DC 20016
202-220-9669
mweitzner@cooperkirk.com

Ryan A. Botkin
*Pro Hac Vice Motion Forthcoming*
State Bar No. 00793366
ryan@bccaustin.com
Jennifer Rappoport
*Pro Hac Vice Motion Forthcoming*
State Bar No. 24072761
jennifer@bccaustin.com

**Botkin Chiarello Calaf PLLC**
1209 Nueces Street
Austin, Texas 78701
(512) 615-2341 office
(737) 289-4695 facsimile

*Attorneys for Defendant Build A Sign LLC*